UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-70-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | (Local Criminal Rule 50.5) |
| LESLIE FAVIOLA-ALVARADO | ) | |

This matter comes before the Court upon the motion of the United States for the reassignment of the above-captioned case from Chief Judge James C. Dever, III, to Judge Louise W. Flanagan, and for good cause shown and with the defendant's consent, it is hereby ORDERED that said case shall be reassigned to Judge Louise W. Flanagan.

IT IS SO ORDERED.

This the  18  day of March, 2015.

JAMES C. DEVER III
Chief United States District Judge