IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-70-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| LESLIE FAVIOLA-ALVARADO, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above captioned case is reassigned to the Honorable Louise W. Flanagan, United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 5:15-CR-70-FL.**

This  19th  day of March, 2015.

_____
JULIE RICHARDS JOHNSTON
CLERK OF COURT